| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| LOUIS CHARLES HAMILTON, II, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:09-CV-496 |
| | § | |
| JOSEPH L. TRAIL, STEVE JOHNSON, | § | |
| ULYSSES GRANT STEWART, ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on June 30, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss *sua sponte* plaintiff's purported federal claims because they fail to state a claim upon which relief can be granted for deprivation or violation of any federally protected right. Additionally, the magistrate judge recommends that the court decline to exercise supplemental jurisdiction and dismiss all remaining claims governed by state law for lack of original, subject-matter jurisdiction. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**. It is further

**ORDERED** that all pending motions are **DENIED** as moot.

Final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 21st day of July, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE